UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMAR FIELDS,

    Plaintiff,

v.                                    Case No.:   2:25-cv-639-SPC-DNF

LEE COUNTY, official capacity,
and HARDEE WORK CAMP,
official capacity,

    Defendants.

## OPINION AND ORDER

This matter comes before the Court on a *sua sponte* review of the file. Plaintiff Tamar Fields, who is proceeding pro se, sues Defendants Lee County and Hardee Work Camp. Plaintiff alleged that Defendants violated the Fourth and Fourteenth Amendments but provided no facts at all in the complaint. (Doc. 1). So the Magistrate Judge directed the filing of an amended complaint. (Doc. 5).

Following several attempts to send court mail to Plaintiff, on September 25, 2025, the Court extended the deadline for Plaintiff to file her amended complaint to October 17, 2025. (Doc. 14). The Order stated that failure to do so "will result in dismissal of this case without further notice." (*Id.*). Plaintiff has not filed an amended complaint. It thus appears Plaintiff has abandoned

this case, so it is dismissed. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on October 20, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record